## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLYDE ERNEST HARPER, | ) | 4:17CV3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JUDGE COFFEY, DOUGLAS | ) | |
| COUNTY, STATE OF NEBRASKA, | ) | |
| and JUDGE PETER C. | ) | |
| BATAILLON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 4, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees.  (Filing 5)  To date, Plaintiff has not made the required showing or paid the required fees.

IT IS THEREFORE ORDERED:

1.      This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2.      The court will enter judgment by a separate document.

DATED this 16th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge