IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLYDE ERNEST HARPER, | ) | 4:17CV3030 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JUDGE COFFEY, DOUGLAS COUNTY, STATE OF NEBRASKA, and JUDGE PETER C. BATAILLON, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Filing Nos. 8 and 9, treated as motions, are denied.

DATED this 8th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge